## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

```
------------------------------x
                              :
UNITED STATES OF AMERICA      :
                              :
v.                            :      No. 3:09CR24(AWT)
                              :
MAYRA MIRO                    :
                              :
------------------------------x
```

### ORDER RE CONDITIONS OF RELEASE

As set forth on the record today, defendant Mayra Miro's conditions of release are hereby modified as follows:

(1)  The condition that the defendant be on an electronic monitoring is eliminated; and

(2)  The defendant is placed on a curfew and is restricted to her residence every day, from 8:00pm to 7:00am, except to the extent she is authorized to be absent by the pretrial services office or supervising officer.

It is so ordered.

Dated this 9th day of October 2009 at Hartford, Connecticut.

```
              /s/ AWT
_____
            Alvin W. Thompson
        United States District Judge
```